UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JAMES FISHER,**

    Plaintiff,

v.                                       CASE NO. 3:08-cv-858-J-25HTS

**GATEWAY COMM. SERVICES,**

    Defendant.

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Dkt. 6) recommending that this case be dismissed for lack of prosecution. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections. None have been filed.

Upon consideration of the Report and Recommendation of the Magistrate Judge, and upon this Court's review of the record, the Court finds that the Report and Recommendation should be adopted. Accordingly, it is,

**ORDERED AND ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendation (Dkt. 6) is adopted and incorporated by reference in this Order.

2. This action is **DISMISSED** for lack of prosecution. The Clerk is directed to close this case.

**DONE AND ORDERED** at Jacksonville, Florida this 28th day of October, 2008.

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
*Pro Se* Plaintiff